**Order entered January 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01477-CV

### IN RE STAFF CARE, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03615**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED IN PART** and **DENIED IN PART**. The Court **ORDERS** the trial judge, the Honorable Carlos Cortez, Judge of the 44th Judicial District Court, to:

1) **VACATE** the following portions of its September 11, 2013 order:

a)  paragraph (5) (denying motion to compel depositions); and

b)  the portion of paragraph (8) granting the motion of real parties in interest to strike from relator's supplemental and amended disclosures of June 11 and 13, 2013, the names of persons that were previously disclosed in discovery, and

2) **ENTER** an order:

a) granting the motion to compel depositions, and

b) denying the portion of the motion of real parties in interest to strike from relator's supplemental and amended disclosures of June 11 and 13, 2013, the names of persons that were previously disclosed in discovery.

In all other respects, the petition for writ of mandamus is **DENIED**.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover its costs of this original proceeding from real parties in interest.

/s/    ELIZABETH LANG-MIERS
         JUSTICE